```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
DONALD WHITE,                          :
                                       :
                  Plaintiff,           :
                                       :   07 Civ. 4683 (SHS)(THK)
        -against-                      :
                                       :        ORDER
                                       :
RODIGUE SHIELD 13664, et al.           :        Pro Se
                                       :
                                       :
                  Defendants.          :
---------------------------------------X
```

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

This case having been referred to this Court for general pretrial supervision; it is hereby ORDERED that a pretrial telephone conference shall be held on February 6, 2008 at 10:00 a.m. Defendants' counsel shall arrange with the correctional facility in which Plaintiff is incarcerated to have Plaintiff Donald White, No. 07-A-0414, made available for this conference. Defendants' counsel shall initiate the conference call. The parties should be prepared to discuss a plan and schedule for completion of pretrial discovery.

So Ordered.

_____
Theodore H. Katz
United Magistrate Judge

Dated: January 7, 2008
       New York, New York

COPIES MAILED
TO COUNSEL OF RECORD ON  1/7/08