```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
DONALD WHITE,                       :
                                    :
                    Plaintiff,      :
                                    :   07 Civ. 04683 (SHS)(THK)
         -against-                  :
                                    :   SCHEDULING ORDER
                                    :
RODRIGUE, Shield 13664, et al.,     :   Pro Se
                                    :
                                    :
                    Defendants.     :
------------------------------------X
```

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

This action having been referred to this Court for general pretrial supervision; and the parties having participated in a pretrial conference; it is hereby ORDERED:

1. All fact discovery shall be completed by July 10, 2008.

2. Defendants shall provide their expert report, if any, to Plaintiff by July 28, 2008.

3. Dispositive motions shall be filed by August 29, 2008; responses shall be filed by September 30, 2008; and replies, if any, shall be filed by October 14, 2008.

4. The following rules shall govern all pretrial activity in this case:

If any discovery disputes arise during this case, the parties must make a good faith effort to resolve them. If disputes cannot be resolved, they should be brought to the Court's attention by letter. This letter should be brief and to the point so as to allow for expeditious resolution of discovery disputes without the need for formal motions. A responsive letter should be submitted

COPIES MAILED
TO COUNSEL OF RECORD ON 2/6/08

within five days. Failure to bring disputes to my attention promptly and in advance of the discovery deadline will result in a waiver of remedies as to such disputes.

Telephonic applications will be entertained only where disputes arise in the course of depositions or in genuine emergencies. In all other cases, applications must be made by letter to my chambers. If the application is for an extension of time, the letter-application (indicating whether all parties consent) must be delivered to my chambers at least ten days prior to the original due date.

Papers filed with the Court should be marked "Referred to Magistrate Judge Katz." The Clerk of the Court and my chambers must be advised of any change of address or telephone number.

SO ORDERED.

_____
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

Dated: February 6, 2008
       New York, New York

Copies mailed this date to:

Donald White
07-A-0414
Cayuga Correctional Facility
P.O. Box 1186
Moravia, New York 13118

Sarah B. Evans
Brian Francolla
Assistant Corporation Counsel
100 Church Street
New York, NY 10007